JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER MOHONEY, an individual;<br><br>　　　　　　Plaintiff,<br>　　vs.<br><br>HEXACORP. LTD., a Delaware corporation dba ORFIUM; ROBERT WELLS, an individual; DREW DELIS, an individual; and DOES 1 through 50, inclusive;<br><br>　　　　　　Defendants. | Case No. 2:24-cv-09080-FMO-JPR<br><br>**ORDER GRANTING STIPULATION [13] TO REMAND ACTION TO STATE COURT**<br><br>Action Filed: September 9, 2024<br>Removal Date: October 22, 2024 |

**ORDER**

Having reviewed and considered the Stipulation to Remand Action to State Court submitted by counsel for Plaintiff and Defendants based on the forum defendant rule embodied in 28 U.S.C. § 1441(b)(2) (an action "… shall be removable only if none of the parties in interest properly joined and served as defendants is a citizen of the State in which such action is brought."), and for good cause showing, **IT IS ORDERED** that this action shall immediately be remanded to the Superior Court for the State of California, Los Angeles County, West District. The Clerk shall take steps to remand this action to such State Court. This Court **VACATES** all pending matters and dates set before this Court. This Court will take no further action regarding this action.

**IT IS SO ORDERED**.

DATED: November 5, 2024                By: _____/s/_____
                                               Hon. Fernando M. Olguin
                                               United States District Judge